FILED
CLERK, U.S. DISTRICT COURT

09/10/15

CENTRAL DISTRICT OF CALIFORNIA
BY: ___IV___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| Cash Jerome Ferguson-Cassidy<br><br>PLAINTIFF(S)<br>v.<br>City of Los Angeles et al<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 14-06768-SVW-JPR<br><br>**JUDGMENT ON THE VERDICT<br>FOR DEFENDANT(S)** |

This action having been tried before the Court sitting with a jury, the Honorable  STEPHEN V. WILSON , District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):
Cash Jerome Ferguson-Cassidy

take nothing; that the action be dismissed on the merits; and that the defendant(s):
Jacob Maynard

recover of the plaintiff(s) its costs of action, taxed in the sum of  TO BE DETERMINED.

Clerk, U. S. District Court

Dated:  September 10, 2015              By  _[signature]_
                                            Deputy Clerk

At:  Los Angeles, California

cc: Counsel of record

CV-44 (11/96)                    JUDGMENT ON THE VERDICT FOR DEFENDANT(S)