FILED
CLERK U.S. DISTRICT COURT

SEP 17 2015

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASH JEROME FERGUSON-CASSIDY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, and JACOB MAYNARD, Police Officer II, LAPD Serial No. 34820, in his official and individual capacity.<br><br>　　　　　　Defendants. | CASE NO. CV14-06768 SVW (JPRx)<br>*Hon. Stephen V. Wilson - Ctrm. 6, 2nd Fl*<br>*Hon. Mag. Jean P. Rosenbluth - Ctrm. A, 8th Fl*<br><br>[PROPOSED] JUDGMENT RE: OFFICER JACOB MAYNARD, THE CITY OF LOS ANGELES, AND LOS ANGELES POLICE DEPARTMENT |

This action came on regularly for trial on September 8, 2015, in Courtroom "6" of the United States District Court, Central District of California, Central Division, the Honorable Stephen V. Wilson, Judge Presiding. The Plaintiff CASH JEROME FERGUSON-CASSIDY, was present and represented by attorneys Frank Duncan and Ray Newman. The Defendant JACOB MAYNARD was present and represented by Kevin Gilbert. The Defendants CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT were present and represented by attorneys Colleen R. Smith and Cory M. Brente.

///

The trial was bifurcated, with phase I addressing liability only.

A jury of 8 persons was regularly impaneled and sworn on September 8, 2015. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court, and the cause was submitted to the jury with directions to return a verdict on the liability phase. The jury deliberated and thereafter returned into the court with its verdict consisting of the issues submitted to the jury and the answers given thereto by the jury, which said in words and figures as follows, to-wit:

### JUDGMENT ON SPECIAL VERDICT

**QUESTION NO. 1:** Do you find for the Plaintiff or the Defendant?

_____ Plaintiff     __X__ Defendant

Please date, sign, and return this form. Thank you.

DATED: _____     /s/ _____

REDACTED AS TO FOREPERSON'S NAME

Based on the jury's finding for the Defendant JACOB MAYNARD in phase I, the liability phase, the Plaintiff's claims for damages, including punitive damages, *Monell*, and all state law claims are dismissed with prejudice.

By reason of dismissals, the rulings of the Court, and the special verdict, Defendants CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT and JACOB MAYNARD are entitled to judgment against Plaintiff CASH JEROME FERGUSON-CASSIDY.

Now, therefore, it is **ORDERED, ADJUDGED AND DECREED** that Plaintiff

2

1 | CASH JEROME FERGUSON-CASSIDY, have and recover nothing by reason of each and
2 | all his claims as set forth in the Complaint against Defendants CITY OF LOS ANGELES,
3 | LOS ANGELES POLICE DEPARTMENT and JACOB MAYNARD and that Defendants
4 | shall recover their costs in accordance with Local Rule 54.

DATED: 9/17/15

*[signature]*

**HONORABLE STEPHEN V. WILSON**
**UNITED STATES DISTRICT COURT JUDGE**